CLOSED

# U.S. District Court
# Southern District of Florida (Ft Lauderdale)
# CRIMINAL DOCKET FOR CASE #: 0:25–mj–06650–JMS–1

Case title: USA v. John Badger Thorpe

Date Filed: 11/10/2025

Date Terminated: 11/14/2025

---

Assigned to: Magistrate Judge Jared M. Strauss

**Defendant (1)**

| | | |
|---|---|---|
| **John Badger Thorpe**<br>23003–512<br>*YOB 1969 English*<br>*TERMINATED: 11/14/2025* | represented by | **Richard Anthony Merlino , Jr.**<br>Richard A. Merlino, P.A.<br>101 NE 3rd Ave<br>Suite 1500<br>Fort Lauderdale, FL 33301–1127<br>954–467–8989<br>Fax: 754–301–5109<br>Email: richmerlinoesq@gmail.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Temporary* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:U.S.C.§2252A(a)(2)and(b) CONSPIRACY TO RECEIVE AND DISTRIBUTE CHILD PORNOGRAPHY;<br>18:U.S.C.§2252A(a)(2)and(b)DISTRIBUTION OF CHILD PORNOGRAPHY | |

---

**Plaintiff**

**USA**             represented by  **M. Catherine Koontz**
United States Attorney's Office
Fort Lauderdale, FL
954–660–5940
Email: Catherine.Koontz@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2025 | 14 | COMMITMENT TO ANOTHER DISTRICT as to John Badger Thorpe. Defendant committed to District of District of South Carolina. Closing Case for Defendant. Signed by Magistrate Judge Jared M. Strauss on 11/14/2025. *See attached document for full details.* (smy) (Entered: 11/14/2025) |
| 11/14/2025 | 13 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by John Badger Thorpe (smy) (Entered: 11/14/2025) |
| 11/14/2025 | 12 | Minute Order for proceedings held before Magistrate Judge Jared M. Strauss: Detention Hearing as to John Badger Thorpe not held on 11/14/2025., Removal Hearing as to John Badger Thorpe not held on 11/14/2025. Defendant waived both hearings in this District, deferring to the District of South Carolina. (Digital 9:23:06–9:28:12) Signed by Magistrate Judge Jared M. Strauss on 11/14/2025. (smy) (Entered: 11/14/2025) |
| 11/13/2025 | 11 | NOTICE OF ATTORNEY APPEARANCE: Richard Anthony Merlino, Jr appearing for John Badger Thorpe (Merlino, Richard) (Entered: 11/13/2025) |
| 11/12/2025 | 10 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Richard Anthony Merlino, Jr. appearing for John Badger Thorpe. (ar2) (Entered: 11/12/2025) |
| 11/12/2025 | 9 | Minute Order for proceedings held before Magistrate Judge Jared M. Strauss: Report Re: Counsel Hearing as to John Badger Thorpe held on 11/12/2025. Attorney Richard Merlino filed temporary notice in court. (Digital 11:37:13–11:38:16) Signed by Magistrate Judge Jared M. Strauss on 11/12/2025. (ar2) (Entered: 11/12/2025) |
| 11/10/2025 | 8 | PAPERLESS ORDER GRANTING 7 Motion to Continue PTD AND REMOVAL HEARING as to John Badger Thorpe (1). (Signed by Magistrate Judge Jared M. Strauss on 11/10/2025). (at) (Entered: 11/10/2025) |
| 11/10/2025 | 7 | **ORE TENUS** MOTION to Continue PTD AND REMOVAL HEARING by John Badger Thorpe. (at) (Entered: 11/10/2025) |
| 11/10/2025 | 6 | PAPERLESS ORDER GRANTING 5 Motion for Pretrial Detention (PTD) and Removal Hearing as to John Badger Thorpe (1). (Signed by Magistrate Judge Jared M. Strauss on 11/10/2025) (at) (Entered: 11/10/2025) |
| 11/10/2025 | 5 | **ORE TENUS** MOTION for Pretrial Detention (PTD) and Removal Hearing by USA as to John Badger Thorpe. (at) (Entered: 11/10/2025) |
| 11/10/2025 | 4 | Minute Order for proceedings held before Magistrate Judge Jared M. Strauss: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to John Badger Thorpe held on 11/10/2025. Date of Arrest or Surrender: 11/10/2025.. Detention Hearing set for 11/14/2025 09:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. |

|  |  | Removal Hearing set for 11/14/2025 09:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. Report Re: Counsel Hearing set for 11/12/2025 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. (Digital 11:36:28–12:11:21–12:23:53) (Signed by Magistrate Judge Jared M. Strauss on 11/10/2025). (at) (Entered: 11/10/2025) |
|---|---|---|
| 11/10/2025 | 3 | ORDER GRANTING 2 GOVERNMENT'S ORE TENUS Motion to Unseal Case as to John Badger Thorpe (1). (Signed by Magistrate Judge Jared M. Strauss on 11/10/2025). *(See attached document for full details)*. (at) (Entered: 11/10/2025) |
| 11/10/2025 | 2 | **ORE TENUS** MOTION to Unseal Case by USA as to John Badger Thorpe. (at) (Entered: 11/10/2025) |
| 11/10/2025 |  | Set Hearing as to John Badger Thorpe: Initial Appearance – Rule 5(c)(3)/40 set for 11/10/2025 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. (at) (Entered: 11/10/2025) |
| 11/10/2025 | 1 | Magistrate Judge Removal of Arrest Warrant and Indictment from DISTRICT OF SOUTH CAROLINA (CHARLESTON DIVISION) Case number in the other District 2:25–CR–01174–CRI as to John Badger Thorpe (1). (at) (at). (Entered: 11/10/2025) |

1 AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | FLORIDA |
|---|---|---|

| UNITED STATES OF AMERICA<br>vs.<br>JOHN BADGER THORPE | COMMITMENT TO ANOTHER DISTRICT<br><br>25-6650-MJ-STRAUSS |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| **DISTRICT OF SOUTH CAROLINA** | 2:25-CR-01174-CRI | **SOUTHERN DISTRICT OF FLORIDA** | 25-6650-MJ-JMS |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

    X Indictment    ☐ Information    ☐ Complaint    ☐ WARRANT

charging a violation of  18         U.S.C. §2252A (a)(2)and(b)

**DISTRICT OF OFFENSE:**

**DISTRICT OF SOUTH CAROLINA**

**CONSPIRACY TO RECEIVE AND DISTRIBUTE CHILD PORNOGRAPHY AND DISTRIBUTION OF CHILD PORNOGRAPHY**

**CURRENT BOND STATUS:**

    ☐ Bail fixed at             and conditions were not met
    ☐ Government moved for detention and defendant detained after hearing in District of Arrest
    ☑ Government moved for detention and defendant detained pending detention hearing in District of Offense
    Other (specify)

| **Representation:** ☑ Retained Own Counsel    Federal Defender Organization    ☐ CJA Attorney    ☐ None |
|---|
| **Interpreter Required?**  ☑ No        Language:<br>        ENGLISH |

SOUTHERN DISTRICT OF FLORIDA

TO: THE UNITED STATES MARSHAL
    You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

NOVEMBER 14, 2025
_____             _____
Date                             United States Judge or Magistrate Judge

RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

4

# UNITED STATES DISTRICT COURT
## FOR THE

### SOUTHERN DISTRICT OF FLORIDA

Our Case No: __25-6650-MJ-JMS__
Your Case No: __2:25-CR-01174-CRI__

**UNITED STATES OF AMERICA**

vs                          **WAIVER OF REMOVAL/IDENTITY HEARING**

**JOHN THORPE**

I , **John Thorpe** charged in a proceeding on a **Indictment filed in the District of South Carolina in Violation of 18:U.S.C. §2252 Conspiracy To Receive and Distribute Child Pornography and** having been arrested in the **Southern District of Florida (Fort Lauderdale)** and taken before **United States Magistrate Judge Jared M. Strauss**, for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a removal hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned Magistrate Judge and consent to the issuance of a Warrant for my Removal to the **District of South Carolina** where the aforesaid charge is pending against me.

**Friday  November  14,  2025**

_____
Signature of defendant

_____
**Jared M. Strauss**
**United States Magistrate Judge (11/14/2025)**

cc: All Counsel

UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE JARED M. STRAUSS- FORT LAUDERDALE, FLORIDA (110)

DEFT: **JOHN THORPE (J)#**  CASE NO: **25-6650-STRAUSS**

AUSA: **C KOONTZ**  ATTY: **RICHARD MERLINO**

USPO:  VIOL: **18:U.S.C.2252**

PROCEEDING: **PRETRIAL DETENTION AND REMOVAL**  RECOMMENDED BOND:

BOND/PTD HEARING HELD - yes / no  COUNSEL APPOINTED:

BOND SET @: **NO BOND/PTD HEARING HELD**  To be cosigned by:

☐ All standard conditions

☐ Do not encumber property.

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or_ x=s a week/month by phone; _ x=s a week/month in person.

☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Electronic Monitoring:

☐ Travel extended to:

☐ Other:

**DEFENDANT PRESENT IN COURT WITH COUNSEL**

**DEFENDANT DEFERRING PRETRIAL DETENTION**

**HEARING UNTIL HIS ARRIVAL TO SOUTH CAROLINA**

**RESERVING RIGHT TO PTD/BOND HEARING AT A LATER**

**DATE. NO BOND/PTD HEARING HELD IN OUR DISTRICT**

**DEFENDANT WAIVED REMOVAL. SIGNED WAIVER**

**IN OPEN COURT. ORDER OF COMMITMENT SIGNED**

**ALL FURTHER PROCEEDINGS UNTIL ARRIVAL TO**

**SOUTH CAROLINA**

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| **PTD**/PRELIM HEARING: | | | | |
| **ARRAIGN** OR REMOVAL: | | | | |
| **PROB CAUSE HEARING** | | | | |

11/14/25  TIME: **9:00 AM**  FTL/TAPE/# JMS-  Begin **110**

[7 MINUTES] *** RECORDED IN ROOM 110 COURTROOM**
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT *** (YES OR NO) DAR: 9:23:06-9:28:12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 25-mj-6650-STRAUSS
South Carolina Case: 2:25-cr-1174

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOHN BADGER THORPE,

        Defendant.

_____/

**NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD**

COMES NOW, Richard A. Merlino, Esquire, and files this Appearance as Attorney of Record for the DEFENDANT, JOHN BADGER THORPE, and requests that he be notified at the addresses listed below for all proceedings from this point forward. This Notice is intended for Trial purposes only.

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk using CM/ECF and furnished to all parties of Record this 13TH day of November 2025.

RICHARD A. MERLINO, P.A.
1212 East Broward Boulevard
3rd Floor
Fort Lauderdale, Florida 33301
Telephone: 954-467-8989
Facsimile: 754-301-5109
E-Mail: richmerlinoesq@gmail.com

By:    */s/ Richard A. Merlino*
      Richard A. Merlino
      Florida Bar: 0977640

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25 – cr – 1174 (SC)
25-6650 – JMS

UNITED STATES OF AMERICA,
Plaintiff,

v.

JOHN BADGER THORPE

Defendant.

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

_____/

COMES NOW RICHARD A. MERLINO, Jr. and

files this temporary appearance as counsel for the above named defendant(s) at initial appearance.

This appearance is made with the **understanding** that the undersigned counsel will fulfill any

**obligations imposed** by the Court such as **preparing and filing documents** necessary to

collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): RICHARD A. MERLINO, Jr.

Counsel's Signature: 

Address (include City/State/Zip Code):

1212 E. BROWARD BLVD., #300
FORT LAUDERDALE, FL 33301

Telephone: 954-467-8989   Florida Bar Number: 097640

Date: 11/12/25

**UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA \*\*COURT ORDER/MINUTES\*\***

**U.S. MAGISTRATE JUDGE JARED M. STRAUSS- FORT LAUDERDALE, FLORIDA (110)**

DEFT: **JOHN THORPE (J)#**   CASE NO: **25-6650-STRAUSS**

AUSA: **C KOONTZ**   ATTY: **RICHARD MERLINO**

USPO:   VIOL: **18:U.S.C.2252**

PROCEEDING: **REPORT RE COUNSEL**   RECOMMENDED BOND:

BOND/PTD HEARING HELD - yes / no   COUNSEL APPOINTED:

BOND SET @:   To be cosigned by:

☐ All standard conditions   **DEFENDANT PRESENT IN COURT WITH COUNSEL**

☐ Do not encumber property.   **ATTORNEY RICHARD MERLINO FILED TEMPORARY**

☐ Surrender and / or do not obtain passports / travel documents.   **NOTICE IN COURT.**

☐ Rpt to PTS as directed / or_ x=s a week/month by phone; _ x=s a week/month in person.

☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Electronic Monitoring:

☐ Travel extended to:

☐ Other:

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|

REPORT RE COUNSEL:

**PTD**/PRELIM HEARING:   **FRIDAY NOV 14 2025 AT 9 AM DUTY**

**ARRAIGN** OR REMOVAL:   **FRIDAY NOV 14 2025 AT 9 AM DUTY**

**PROB CAUSE HEARING**

**11/12/25**   TIME: **11:00 AM**   FTL/TAPE/# JMS-   Begin **110**

**[5 MINUTES] \*\*\* RECORDED IN ROOM 110 COURTROOM\*\***
**\*\*\*THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT \*\*\* (YES OR NO) DAR: 11:37:13-11:38:16**

9

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: M. Catherine Koontz (caseview.ecf@usdoj.gov,
catherine.koontz@usdoj.gov, jennifer.m.smith2@usdoj.gov, usafls-brdkt@usdoj.gov,
usafls.ftlscheduler@usdoj.gov), Magistrate Judge Jared M. Strauss
(strauss@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:26063852@flsd.uscourts.gov
Subject:Activity in Case 0:25-mj-06650-JMS USA v. John Badger Thorpe Order on Motion to
Continue
Content-Type: text/html
```

### U.S. District Court

### Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 11/10/2025 at 3:48 PM EST and filed on 11/10/2025

| | |
|---|---|
| **Case Name:** | USA v. John Badger Thorpe |
| **Case Number:** | 0:25-mj-06650-JMS |
| **Filer:** | |
| **Document Number:** | 8(No document attached) |

**Docket Text:**
 **PAPERLESS ORDER GRANTING [7] Motion to Continue PTD AND REMOVAL HEARING as to John Badger Thorpe (1). (Signed by Magistrate Judge Jared M. Strauss on 11/10/2025). (at)**

**0:25-mj-06650-JMS-1 Notice has been electronically mailed to:**

M. Catherine Koontz &nbsp &nbsp Catherine.Koontz@usdoj.gov, CaseView.ECF@usdoj.gov, Jennifer.M.Smith2@usdoj.gov, usafls-brdkt@usdoj.gov, USAFLS.FTLScheduler@usdoj.gov

**0:25-mj-06650-JMS-1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: M. Catherine Koontz (caseview.ecf@usdoj.gov,
catherine.koontz@usdoj.gov, jennifer.m.smith2@usdoj.gov, usafls-brdkt@usdoj.gov,
usafls.ftlscheduler@usdoj.gov), Magistrate Judge Jared M. Strauss
(strauss@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:26063835@flsd.uscourts.gov
Subject:Activity in Case 0:25-mj-06650-JMS USA v. John Badger Thorpe Motion to Continue
```
Content–Type: text/html

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 11/10/2025 at 3:47 PM EST and filed on 11/10/2025

| | |
|---|---|
| **Case Name:** | USA v. John Badger Thorpe |
| **Case Number:** | 0:25–mj–06650–JMS |
| **Filer:** | Dft No. 1 – John Badger Thorpe |
| **Document Number:** | 7(No document attached) |

**Docket Text:**
 **ORE TENUS MOTION to Continue PTD AND REMOVAL HEARING by John Badger Thorpe. (at)**

**0:25–mj–06650–JMS–1 Notice has been electronically mailed to:**

M. Catherine Koontz &nbsp &nbsp Catherine.Koontz@usdoj.gov, CaseView.ECF@usdoj.gov, Jennifer.M.Smith2@usdoj.gov, usafls–brdkt@usdoj.gov, USAFLS.FTLScheduler@usdoj.gov

**0:25–mj–06650–JMS–1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: M. Catherine Koontz (caseview.ecf@usdoj.gov,
catherine.koontz@usdoj.gov, jennifer.m.smith2@usdoj.gov, usafls-brdkt@usdoj.gov,
usafls.ftlscheduler@usdoj.gov), Magistrate Judge Jared M. Strauss
(strauss@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:26063831@flsd.uscourts.gov
Subject:Activity in Case 0:25-mj-06650-JMS USA v. John Badger Thorpe Order on Motion for
```
Pretrial Detention (PTD) Hearing
Content–Type: text/html

## U.S. District Court

### Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 11/10/2025 at 3:46 PM EST and filed on 11/10/2025

| | |
|---|---|
| **Case Name:** | USA v. John Badger Thorpe |
| **Case Number:** | 0:25–mj–06650–JMS |
| **Filer:** | |
| **Document Number:** | 6(No document attached) |

**Docket Text:**
 **PAPERLESS ORDER GRANTING [5] Motion for Pretrial Detention (PTD) and Removal Hearing as to John Badger Thorpe (1). (Signed by Magistrate Judge Jared M. Strauss on 11/10/2025). (at)**

**0:25–mj–06650–JMS–1 Notice has been electronically mailed to:**

M. Catherine Koontz &nbsp &nbsp Catherine.Koontz@usdoj.gov, CaseView.ECF@usdoj.gov, Jennifer.M.Smith2@usdoj.gov, usafls–brdkt@usdoj.gov, USAFLS.FTLScheduler@usdoj.gov

**0:25–mj–06650–JMS–1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: M. Catherine Koontz (caseview.ecf@usdoj.gov,
catherine.koontz@usdoj.gov, jennifer.m.smith2@usdoj.gov, usafls-brdkt@usdoj.gov,
usafls.ftlscheduler@usdoj.gov), Magistrate Judge Jared M. Strauss
(strauss@flsd.uscourts.gov)
--Non Case Participants: United States Pretrial, Probation and PSIunit Office (DQA)
(flsp_dqa@flsp.uscourts.gov, mia_dqa@flsp.uscourts.gov)
--No Notice Sent:

Message-Id:26063816@flsd.uscourts.gov
Subject:Activity in Case 0:25-mj-06650-JMS USA v. John Badger Thorpe MOTION for Pretrial
Detention (PTD) Hearing
Content-Type: text/html
```

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 11/10/2025 at 3:45 PM EST and filed on 11/10/2025

| | |
|---|---|
| **Case Name:** | USA v. John Badger Thorpe |
| **Case Number:** | 0:25-mj-06650-JMS |
| **Filer:** | USA |
| **Document Number:** | 5(No document attached) |

**Docket Text:**
 **ORE TENUS MOTION for Pretrial Detention (PTD) and Removal Hearing by USA as to John Badger Thorpe. (at)**

**0:25-mj-06650-JMS-1 Notice has been electronically mailed to:**

M. Catherine Koontz &nbsp &nbsp Catherine.Koontz@usdoj.gov, CaseView.ECF@usdoj.gov, Jennifer.M.Smith2@usdoj.gov, usafls-brdkt@usdoj.gov, USAFLS.FTLScheduler@usdoj.gov

**0:25-mj-06650-JMS-1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE JARED M. STRAUSS- FORT LAUDERDALE, FLORIDA (110)

DEFT: **JOHN THORPE (J)#**                          CASE NO: **25-6650-STRAUSS**

AUSA: **C KOONTZ**                                  ATTY:

USPO:                                               VIOL: **18:U.S.C.2252**

PROCEEDING: **INITIAL APPEARANCE ON A**            RECOMMENDED BOND:
            **REMOVAL SOUTH CAROLINA**

BOND/PTD HEARING HELD - yes / no                    COUNSEL APPOINTED:

BOND SET @:                                         To be cosigned by:

☐     All standard conditions                       **DEFENDANT PRESENT IN COURT. GOVERNMENT**

☐     Do not encumber  property.                    **MOVES TO UNSEAL INDICTMENT FROM SOUTH**

☐     Surrender and / or do not obtain passports / travel     **CAROLINA. ORE TENUS MOTION GRANTED. ADVISED**
      documents.
                                                    **OF CHARGES. WILL HIRE OWN ATTORNEY**
☐     Rpt to PTS as directed /  or_ x=s a week/month by phone; _
      x=s a week/month in person.
                                                    **GOVERNMENT REQUESTING PTD HEARING. ORE TENUS**
☐     Random  urine testing by Pretrial Services.
      Treatment as deemed necessary.                **MOTION GRANTED. DEFENDANT REQUESTING MORE**

☐     Maintain or seek full - time employment.      **TIME FOR PTD AND REMOVAL HEARINGS**

☐     No contact with victims / witnesses.          **ORE TENUS MOTION IS GRANTED.**

☐     No firearms.

☐     Electronic Monitoring:

☐     Travel extended to:

☐     Other:

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|

REPORT  RE
COUNSEL:                    **NOVEMBER 12 2025 AT 11 AM DUTY**

**PTD**/PRELIM
HEARING:                    **FRIDAY NOV 14 2025 AT 9 AM DUTY**

**ARRAIGN** OR REMOVAL:        **FRIDAY NOV 14 2025 AT 9 AM DUTY**

**PROB CAUSE
HEARING**

| 11/10/25 | TIME: | **11:00 AM** | FTL/TAPE/# JMS- | Begin | **110** |
|---|---|---|---|---|---|

**[20 MINUTES] *** RECORDED IN ROOM 110 COURTROOM**
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS
COMPUTED UNDER THE SPEEDY TRIAL ACT *** (YES OR NO) DAR: 11:36:28-12:11:21-12:23:53**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
          Plaintiff

vs
                                      Case No: **25-6650-MJ-STRAUSS**

JOHN BADGER THORPE
          Defendant

## O R D E R

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a **SEALED INDICTMENT** filed in the **District of South Carolina**.

UPON ORAL motion of the government in open court that the **SEALED INDICTMENT** be unsealed as to this defendant, it is hereby ORDERED AND ADJUDGED that the **Sealed Indictment be Unsealed** as to ALL DEFENDANT (s) in this case.

DONE AND ORDERED at Fort Lauderdale, Florida this 10th day of NOVEMBER, 2025.

JARED S. STRAUSS
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: M. Catherine Koontz (caseview.ecf@usdoj.gov,
catherine.koontz@usdoj.gov, jennifer.m.smith2@usdoj.gov, usafls-brdkt@usdoj.gov,
usafls.ftlscheduler@usdoj.gov), Magistrate Judge Jared M. Strauss
(strauss@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:26063676@flsd.uscourts.gov
Subject:Activity in Case 0:25-mj-06650-JMS USA v. John Badger Thorpe Motion to Unseal Case
```
Content-Type: text/html

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 11/10/2025 at 3:30 PM EST and filed on 11/10/2025

| | |
|---|---|
| **Case Name:** | USA v. John Badger Thorpe |
| **Case Number:** | 0:25-mj-06650-JMS |
| **Filer:** | USA |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
 **ORE TENUS MOTION to Unseal Case by USA as to John Badger Thorpe. (at)**

**0:25-mj-06650-JMS-1 Notice has been electronically mailed to:**

M. Catherine Koontz &nbsp &nbsp Catherine.Koontz@usdoj.gov, CaseView.ECF@usdoj.gov,
Jennifer.M.Smith2@usdoj.gov, usafls-brdkt@usdoj.gov, USAFLS.FTLScheduler@usdoj.gov

**0:25-mj-06650-JMS-1 Notice has not been delivered electronically to those listed below and will be
provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Magistrate Judge Jared M. Strauss (strauss@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:26060629@flsd.uscourts.gov
Subject:Activity in Case 25-6650 Sealed v. Sealed (Redacted Notice)
Content-Type: text/html
```

### U.S. District Court

### Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 11/10/2025 at 7:31 AM EST and filed on 11/10/2025

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 0:25-mj-06650-JMS *SEALED* |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Set Hearing as to John Badger Thorpe: Initial Appearance – Rule 5(c)(3)/40 set for 11/10/2025 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. (at)**


**0:25-mj-06650-JMS *SEALED*-1** No electronic public notice will be sent because the case/entry is sealed.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 2: 25-cr-1174 |
| v. | 18 U.S.C. § 2252A(a)(2) |
| | 18 U.S.C. § 2252A(a)(5)(B) |
| **JAMES BENJAMIN GOSNELL, JR.** | 18 U.S.C. § 2252A(b)(1) |
| **JOHN BADGER THORPE** | 18 U.S.C. § 2252A(b)(2) |
| | 18 U.S.C. § 2253 |
| | 28 U.S.C. § 2461(c) |

FILED BY_____AT_____D.C.

Nov 10, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

**INDICTMENT**
**(Under Seal)**

OUR CASE NO: 25-6650-MJ-STRAUSS

## BACKGROUND

1. The Defendant, **JAMES BENAJMIN GOSNELL, JR.**, at all times pertinent to this Indictment, resided in Charleston, South Carolina and worked as a Charleston County Magistrate.

2. The Defendant, **JOHN BADGER THORPE**, at times pertinent to this Indictment, resided in and around Ft. Lauderdale, Florida.

## COUNT 1
(Possession of Child Pornography Involving a Prepubescent Minor)

**THE GRAND JURY CHARGES:**

3. The factual allegations contained in paragraph 1 of this Indictment are re-alleged as though fully set forth herein.

4. That beginning on a date unknown to the Grand Jury, and continuing up to and including on or about September 16, 2025, in the District of South Carolina and elsewhere, the Defendant, **JAMES BENJAMIN GOSNELL, JR.**, did knowingly possess any material that contained an image of child pornography, as defined in Title 18, United States Code, Sections

1

2256(8)(A) and (C), including but not limited to an image of child pornography that involved a prepubescent minor and a minor who had not attained 12 years of age, and that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

**COUNT 2**
(Attempted Receipt of Child Pornography)

**THE GRAND JURY FURTHER CHARGES:**

5. The factual allegations of paragraph 1 of this Indictment is re-alleged as though fully set forth herein.

6. That beginning at a time unknown to the Grand Jury, but beginning in at least November 2024 and continuing until at least December 2024, in the District of South Carolina and elsewhere, the Defendant, **JAMES BENJAMIN GOSNELL, JR.**, knowingly did receive or attempt to receive child pornography and materials that contained child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A) and (C), that had been mailed, shipped, and transported in or affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

2

## COUNT 3
(Conspiracy to Receive and Distribute Child Pornography)

**THE GRAND JURY FURTHER CHARGES:**

7.    The factual allegations of paragraphs 1 and 2 of this Indictment are re-alleged as though fully set forth herein.

8.    That beginning at least in or around December 2023 and continuing through at least in or around September 16, 2025, in the District of South Carolina and elsewhere, the Defendants, **JAMES BENJAMIN GOSNELL, JR**. and **JOHN BADGER THORPE**, did knowingly and willfully combine, conspire, confederate, and agree together and with others known and unknown to the Grand Jury, to knowingly receive and distribute child pornography and material that contained child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A) and (C), that had been mailed, shipped, and transported in or affecting interstate and foreign commerce by any means, including by computer.

<u>Object of the Conspiracy</u>

9.    The object of the conspiracy was for the Defendants **JAMES BENJAMIN GOSNELL, JR**. and **JOHN BADGER THORPE**, and others known and unknown to the Grand Jury, to receive, distribute, and exchange visual depictions of sexually explicit conduct with minors, including sexually explicit depictions of infants and toddlers, including sexually explicit depictions of rape and torture.

<u>Manner and Means of the Conspiracy</u>

10.    Beginning in at least December 2023, the Defendants **JAMES BENJAMIN GOSNELL, JR**. and **JOHN BADGER THORPE**, began communicating via the encrypted cloud-based social media platform Telegram. The Defendants **JAMES BENJAMIN GOSNELL,**

3

JR. and **JOHN BADGER THORPE**, discussed their respective sexual preferences for minors, including age and content.

11.     The Defendants **JAMES BENJAMIN GOSNELL, JR.** and **JOHN BADGER THORPE**, further discussed the sexual abuse of minors, including the sexual abuse of infants and toddlers.

12.     The Defendants **JAMES BENJAMIN GOSNELL, JR**. and **JOHN BADGER THORPE**, exchanged child pornography via Telegram. On at least two occasions, the Defendant **JOHN BADGER THORPE** sent the Defendant **JAMES BENJAMIN GOSNELL, JR.** sexually explicit images of a prepubescent minor.

13.     To accomplish their goals, the Defendants **JAMES BENJAMIN GOSNELL, JR**. and **JOHN BADGER THORPE**, discussed the use of USB drives as a safe and convenient method to store, distribute, and receive child pornography. In furtherance of the conspiracy, the Defendant **JAMES BENJAMIN GOSNELL, JR.** travelled to Florida to distribute child pornography to the Defendant **JOHN BADGER THORPE**. The Defendant **JAMES BENJAMIN GOSNELL, JR.** transported child pornography to Florida on a USB drive. While in Florida, the Defendants **JAMES BENJAMIN GOSNELL, JR**. and **JOHN BADGER THORPE**, viewed the child pornography together, including depictions of infants and toddlers being raped and tortured.

14.     The Defendant **JAMES BENJAMIN GOSNELL, JR.** left the USB drive containing the child pornography with the Defendant **JOHN BADGER THORPE**. Thereafter, the Defendant **JOHN BADGER THORPE** returned the USB drive to the Defendant **JAMES BENJAMIN GOSNELL, JR.** via FedEx.

4

15.     The Defendants **JAMES BENJAMIN GOSNELL, JR**. and **JOHN BADGER THORPE** also discussed future plans to meet with other pedophiles to rape and torture a prepubescent minor.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b).

**COUNT 4**
(Receipt of Child Pornography)

**THE GRAND JURY FURTHER CHARGES:**

16.     The factual allegations of paragraphs 1, 2, and 8 through 15 of this Indictment are re-alleged as though fully set forth herein.

17.     That on or about August 30, 2025, in the District of South Carolina and elsewhere, the defendant, **JAMES BENJAMIN GOSNELL, JR.**, knowingly did receive child pornography and materials that contained child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A) and (C), that had been mailed, shipped, and transported in or affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

**COUNT 5**
(Receipt of Child Pornography)

**THE GRAND JURY FURTHER CHARGES:**

18.     The factual allegations of paragraphs 1, 2, and 8 through 15 of this Indictment are re-alleged as though fully set forth herein.

19.     That on or about September 6, 2025, in the District of South Carolina and elsewhere, the defendant, **JAMES BENJAMIN GOSNELL, JR.**, knowingly did receive child pornography and materials that contained child pornography, as defined in Title 18, United States

5

Code, Sections 2256(8)(A) and (C), that had been mailed, shipped, and transported in or affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT 6
(Distribution of Child Pornography)

**THE GRAND JURY FURTHER CHARGES:**

20.     The factual allegations of paragraphs 1, 2, and 8 through 15 of this Indictment are re-alleged as though fully set forth herein.

21.     That on or about June 15, 2024, in the District of South Carolina and elsewhere, the Defendant, **JAMES BENJAMIN GOSNELL, JR.,** knowingly distributed any child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A) and (C), that has been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b).

## COUNT 7
(Distribution of Child Pornography)

**THE GRAND JURY FURTHER CHARGES:**

22.     The factual allegations of paragraphs 1, 2, and 8 through 15 of this Indictment are re-alleged as though fully set forth herein.

23.     That on or about June 25, 2024, in the District of South Carolina and elsewhere, the Defendant, **JOHN BADGER THORPE**, knowingly distributed any child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A) and (C), that has been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b).

6

## COUNT 8
(Distribution of Child Pornography)

**THE GRAND JURY FURTHER CHARGES:**

24. The factual allegations of paragraphs 1 through 2 of this Indictment are re-alleged as though fully set forth herein.

25. That on or about August 30, 2025, in the District of South Carolina and elsewhere, the Defendant, **JOHN BADGER THORPE**, knowingly distributed any child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A) and (C), that has been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b).


## COUNT 9
(Distribution of Child Pornography)

**THE GRAND JURY FURTHER CHARGES:**

26. The factual allegations of paragraphs 1 through 2 of this Indictment are re-alleged as though fully set forth herein.

27. That on or about September 6, 2025, in the District of South Carolina and elsewhere, the Defendant, **JOHN BADGER THORPE**, knowingly distributed any child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A) and (C), that has been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b).

## FORFEITURE

SEXUAL EXPLOITATION OF CHILDREN:

Upon conviction for violation of Title 18, United States Code, Section 2252A, as charged in this Indictment, the Defendants, **JAMES BENJAMIN GOSNELL, JR**. and **JOHN BADGER THORPE,** shall forfeit to the United States their interest in:

     i.     any visual depiction described in section 2251, 2251A, 2252 or 2252A of chapter 110 of the United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of chapter 110 of the United States Code;

     ii.    any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and

     iii.   any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses.

PROPERTY:

Pursuant to Title 18, United States Code, Section 2253 and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offenses charged in this Indictment includes, but is not limited to, the following

     A.     Forfeiture Judgment:

     A sum of money equal to all proceeds the Defendants obtained, directly or indirectly, from the offenses charged in this Indictment, and all interest and proceeds traceable thereto, and/or such sum that equals all property involved in or traceable to their violation of 18 U.S.C. § 2252A.

     B.     Real Property:

     1233 Bamboo Drive
     Charleston, South Carolina 29407
     TMS Number: 418-02-00-129
     Titled in the name of: James B. Gosnell, Jr.

C.    Electronic Equipment:

   1.  HP Laptop
      Serial Number: 5CD9487L8M
      Seized from: The residence of James Benjamin Gosnell, Jr.

   2.  iPhone
      IMEI: 356226678799595
      Seized from: The residence of James Benjamin Gosnell, Jr.

   3.  Two (2) USB Drives
      Seized from: The residence of James Benjamin Gosnell, Jr.

SUBSTITUTE ASSETS:

If any of the property described above, as a result of any act or omission of a Defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided
         without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as

incorporated by 18 U.S.C. § 982(b)(1) to seek forfeiture of any other property of Defendant up to

an amount equivalent to the value of the above-described forfeitable property;

9

All pursuant to Title 18, United States Code, Section 2253 and Title 28, United States

Code, Section 2461(c).

A _____ true _____ BILL

FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____

Katherine Anne Orville (Fed. ID # 13332)
Emily Evans Limehouse (Fed. ID # 12300)
Assistant United States Attorneys
151 Meeting Street, Suite 200
Charleston, South Carolina 29401
Email: Katherine.Orville@usdoj.gov

10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.

**JOHN BADGER THORPE**

CRIMINAL NO.: 2:25-cr-1174

**ORDER FOR
BENCH WARRANT**

     The Clerk of Court is hereby directed to issue a warrant for the above-named defendant,

**JOHN BADGER THORPE,** as requested by the United States Attorney.  Amount and conditions

of bond to be set by the judicial officer before whom the defendant initially appears.

UNITED STATES MAGISTRATE JUDGE

Charleston, South Carolina

October 14, 2025

I SO MOVE:

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By:  s/ Katherine Orville
     Katherine Orville (#13332)
     Assistant United States Attorney
     151 Meeting Street, Suite 200
     Charleston, South Carolina 29401
     Telephone: (843) 727-4381
     Email: Katherine.Orville@usdoj.gov

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:25-cr-1174 |
| | ) | |
| | ) | |
| JOHN BADGER THORPE | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_     JOHN BADGER THORPE                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), 2252A(b)(2), 2253
Title 28, United States Code, Section 2461(c)

Date:     October 14, 2025

s/Chondra S. White
Deputy Clerk
_Issuing officer's signature_

City and state:     Charleston, South Carolina

ROBIN BLUME CLERK OF COURT
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____ |
| _Arresting officer's signature_ |
| _Printed name and title_ |